PEARL WARNER, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

Argued November 12, 1940; decided November 26, 1940.

*Charles J. Herrick* for appellant.

*James A. Leary, Walter A. Fullerton* and *John J. Lynch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.